102 F.3d 999
 INDIAN OASIS-BABOQUIVARI UNIFIED SCHOOL DISTRICT NO. 40 OF
PIMA COUNTY, ARIZONA; Whiteriver Unified School District
No. 20 of Navajo County; Clifford Pablo, next best friend
of Clifford Pablo, Jr.; Cynthia Parker, Guardian of David
Parker; Edlina Thompson, next best friend of Nelson Lupe,
Plaintiffs-Appellants,
v.
James Lee KIRK, in his official capacity as Treasurer of
Pima County, Arizona; C. Diane Bishop, in her official
capacity as Superintendent of Public Instruction for the
State of Arizona; Anita Lohr, in her official capacity as
County School Superintendent for Pima County, Arizona; J.R.
Despain, in his official capacity as Treasurer of Navajo
County, Arizona; William Bennett, in his official capacity
as County School Superintendent for Navajo County, Arizona,
Defendants-Appellees.
 No. 93-16089.
 United States Court of Appeals,
Ninth Circuit.
 Dec. 18, 1996.
 
 Prior report: 91 F.3d 1240.
 Before: HUG, Chief Judge.
 
 ORDER
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.